# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO PINEDA,<br><br>    Petitioner,<br><br>vs.<br><br>MATTHEW CATE, Warden<br><br>    Respondent. | Case No.   CV 10-10046-SVW (SH)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Final Report and Recommendation of the Untied States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the original Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: 9/21/12

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE