# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEJANDRO PINEDA | ) | Case No.    CV 10-10046-SVW (SH) |
| Petitioner, | ) | JUDGEMENT |
| vs. | ) | |
| MATTHEW CATE, Warden | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 9/21/12

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE